IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ALDA MOORE**                                                                                          **PLAINTIFF**

v.                          Case No. 4:13-cv-00350 KGB

**PHILANDER SMITH COLLEGE**                                                       **DEFENDANT**

## ORDER

Before the Court is plaintiff Alda Moore's voluntary motion to dismiss age discrimination claims (Dkt. No. 12). Defendants have not responded to Ms. Moore's motion, and the time to do so has now passed. For good cause shown, all of Ms. Moore's claims related to age discrimination are dismissed without prejudice. All other claims in plaintiff's complaint remain.

SO ORDERED this 2nd day of April, 2014.

_____
Kristine G. Baker
United States District Judge