IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ALDA MOORE**                                                                                          **PLAINTIFF**

v.                                    Case No. 4:13-cv-00350 KGB

**PHILANDER SMITH COLLEGE**                                                     **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that Dr. Moore's gender and race discrimination claims are dismissed with prejudice. The Court declines to exercise supplemental jurisdiction on Dr. Moore's breach of contract claim under Arkansas law. The period of limitations on Dr. Moore's breach of contract claim under Arkansas law is tolled under 28 U.S.C. § 1367(d) from the time of the filing of this case until 30 days after entry of judgment in this case, unless Arkansas gives a longer tolling period.

SO ORDERED this 6th day of June, 2014.

_____
Kristine G. Baker
United States District Judge